982 A.2d 1222

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Bernard Thomas CRAWLEY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 29, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice TODD did not participate in the consideration or decision of this matter.